

# NUMBER 13-24-00174-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

JEFF SPENCE AND
CARRIE SPENCE,                                                    Appellants,

v.

FEDERAL HOME LOAN
MORTGAGE CORPORATION,                                            Appellee.

## ON APPEAL FROM THE COUNTY COURT AT LAW
## OF JIM WELLS COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Justices Benavides, Longoria, and Silva**
**Memorandum Opinion by Justice Silva**

On April 8, 2024, appellants Jeff Spence and Carrie Spence filed a notice of appeal attempting to appeal a final judgment of possession in trial court cause number 24-01-63514-CV. The notice of appeal indicates the appeal is being taken to the Thirteenth

Court of Appeals. On June 5, 2024, the Clerk of the Court notified appellants that it appears this Court does not have jurisdiction over the matter. Appellants were further notified that if the defect was not corrected within ten days from the date of the notice, the appeal would be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3.

Our jurisdiction is limited to the cases arising from within its district. *See* TEX. CONST. art. V, § 6(a) (providing that the courts of appeals "shall have appellate jurisdiction co-extensive with the limits of their respective districts . . . as may be prescribed by law"); TEX. GOV'T. CODE ANN. § 22.220(a) (providing that the courts of appeals have jurisdiction over cases "within its district of which the district courts or county courts have jurisdiction"). Jim Wells County is not in our appellate district. *Compare* TEX. GOV'T. CODE § 22.201(n) (listing the twenty counties within the Thirteenth Court of Appeals District), *with id.* § 22.201(e) (listing Jim Wells County as one of the counties within the jurisdiction of the Fourth Court of Appeals District). This cause, arising from a case in Jim Wells County, is not within our jurisdiction.

To date, appellants have neither cured the jurisdictional defect nor responded to the Clerk's notice. After ten days' notice to all parties, we may dismiss a case for want of jurisdiction. TEX. R. APP. P. 42.3(a). Accordingly, we dismiss this appeal for want of jurisdiction. *See id.*

CLARISSA SILVA
Justice

Delivered and filed on the
27th day of June, 2024.

2